United States District Court
Southern District of Texas
**ENTERED**
July 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Rapid Medical Transportation Corp., § *Plaintiff,* § § § v. § *Xavier Becerra, Secretary of the United States Department of Health and Human Services,* § *Defendant.* § | | Civil Action H-23-3111 |

## ORDER OF ADOPTION

On July 5, 2024, Magistrate Judge Peter Bray recommended that Defendant's Motion to Dismiss be granted in part and that Plaintiff's claims brought on behalf of its patients be dismissed without prejudice for lack of standing. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby **ADOPTS** the Memorandum and Recommendation as this court's opinion.

Signed at Houston, Texas, on July 25, 2024.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE