Case 4:23-cv-03111   Document 55   Filed on 07/03/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Rapid Medical Transportation Corp., *Plaintiff*, | § § § § § | |
| v. | § § | Civil Action No. H-23-3111 |
| Robert F. Kennedy, Jr., Secretary of the United States Department of Health and Human Services, *Defendant*. | § § § § § § | |

## ORDER OF ADOPTION

On May 23, 2025, Magistrate Judge Peter Bray recommended that Plaintiff's First Motion for Summary Judgment be denied as moot, that Plaintiff's Amended Motion for Summary Judgment be denied, that Defendant's Motion for Summary Judgment be granted, that the decision of the Secretary affirmed, and that this case be dismissed with prejudice. (D.E. 53.) Plaintiff filed objections. (D.E. 54.) Plaintiff's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on July 3, 2025.

DAVID HITTNER
SENIOR UNITED STATES DISTRICT JUDGE